# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONALD J. ADAMS and<br>HOLLY ADAMS,<br>    Plaintiffs,<br><br>v.<br><br>M. KELLY TILLERY and<br>PEPPER HAMILTON, LLP,<br>    Defendants. | CIVIL ACTION<br><br><br><br>NO. 16-5896 |

## O R D E R

**AND NOW**, this 21st day of April, 2017, upon consideration of Defendants' Motion to Dismiss the Complaint (Doc. No. 2, filed Jan. 10, 2017), Plaintiffs' Memorandum of Law in Opposition to Defendant Pepper Hamilton, LLP & M. Kelly Tillery's Motion to Dismiss (Doc. No. 4, filed Jan. 24, 2017), and Reply Memorandum of Law in Support of Defendants' Motion to Dismiss the Complaint (Doc. No. 5, filed Jan. 27, 2017), for the reasons set forth in the accompanying Memorandum dated April 21, 2017, **IT IS ORDERED** that defendants' Motion to Dismiss is **GRANTED**. Plaintiffs' claims for violation of the Fair Debt Collection Practices are **DISMISSED WITH PREJUDICE**. Plaintiffs' claims for violations of the Pennsylvania Fair Credit Extension Uniformity Act and the Pennsylvania Unfair Trade and Consumer Protection Law are **DISMISSED WITHOUT PREJUDICE** to plaintiffs' right to file a complaint asserting those claims in the appropriate state court.

**IT IS FURTHER ORDERED** that the Clerk of Court shall mark this case **CLOSED**.

                                                  BY THE COURT:

                                                  /s/ Hon. Jan E. DuBois

                                                  **DuBOIS, JAN E., J.**